UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re REFCO INC. SECURITIES LITIGATION    :    Case No. 07-md-1902 (JSR)

------------------------------------------------------------X

This Document Relates to:

------------------------------------------------------------X

KENNETH M. KRYS, *et al.*,                :    Case No. 08-cv-3065 (JSR)
                                                Case No. 08-cv-3086 (JSR)
                  Plaintiffs,             :

         -against-                        :

CHRISTOPHER SUGRUE, *et al.*,             :

                  Defendants.             :
------------------------------------------------------------X

KENNETH M. KRYS, *et al.*,                :    Case No. 08-cv-7416 (JSR)

                  Plaintiffs,             :

         -against-                        :

ROBERT AARON, *et al.*,                   :

                  Defendants.             :
------------------------------------------------------------X

KENNETH M. KRYS, *et al.*,                :    Case No. 08-cv-8267 (JSR)

                  Plaintiffs,             :

         -against-                        :

RICHARD BUTT,                             :

                  Defendant.              :
------------------------------------------------------------X

**NOTICE OF APPEAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 29 APR 2010

APR 29 2010

PLEASE TAKE NOTICE THAT plaintiffs Kenneth M. Krys and Christopher Stride, as Joint Official Liquidators of the SPhinX funds and as assignees of claims of certain SPhinX funds investors (collectively, "Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from an Order, dated March 31, 2010, and entered in the above-caption actions on March 31, 2010 (the "Order"), which is annexed hereto as Exhibit A, adopting the Report and Recommendation of the Special Master on the Omnibus Issue of Standing issued on February 3, 2010, but only to the extent that the Order dismisses with prejudice for lack of standing all claims brought by Plaintiffs as assignees of claims assigned by Miami Children's Hospital Foundation, OFI Palmares, Green & Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo & Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, Arnhold & S. Bleichroeder Advisers LLC, Pictet & Cie, RGA America Reinsurance Company, Deutsche Bank (Suisse) SA, Arab Monetary Fund, Hansard International Ltd., Concordia Advisors LLC, Gabelli Securities Inc. and Citco Global Custody (collectively, the "Investors") and all claims brought by Plaintiffs as Joint Official Liquidators of SPhinX Ltd., SPhinX Macro Fund SPC, SPhinX Macro Ltd., SPhinX Long/Short Equity Fund SPC, SPhinX Convertible Arbitrage Fund SPC, SPhinX Fixed Income Arbitrage Fund SPC, SPhinX Distressed Fund SPC, SPhinX Merger Arbitrage Fund SPC, SPhinX Special Situations Fund SPC, SPhinX Equity Market Neutral Fund SPC, SPhinX Strategy Fund Ltd., SPhinX Plus SPC Ltd., SPhinX Managed Futures Ltd., SPhinX Long/Short Equity Ltd., SPhinX Convertible Arbitrage Ltd., SPhinX Fixed Income Arbitrage Ltd., SPhinX Distressed Ltd., SPhinX Merger Arbitrage Ltd., SPhinX Special Situations Ltd., SPhinX Equity Market Neutral Ltd. and PlusFunds Manager Access Fund SPC Ltd. (collectively, the "SPhinX

Funds"). The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

> Phillip D. Anker
> Wilmer Cutler Pickering Hale and Dorr LLP
> 399 Park Avenue
> New York, New York 10022
> (212) 230-8800
> *Counsel to Defendants JP Morgan Chase & Co.,*
> *Credit Suisse Securities (USA) LLC (formerly*
> *Credit Suisse First Boston LLC), and*
> *Banc of America Securities LLC*
>
> Beth A. Tagliamonti
> Winston & Strawn LLP
> 200 Park Avenue
> New York, New York 10166
> (212) 294-6700
> *Counsel to Defendants Grant Thornton LLP*
> *and Mark Ramler*
>
> Thomas G. Ward
> Williams & Connolly LLP
> 725 12th Street, N.W.
> Washington, D.C. 20005
> (202) 434-5000
> *Counsel to Defendants Mayer Brown LLP*
> *and Edward S. Best*
>
> Anthony M. Candido
> Clifford Chance US LLP
> 31 West 52nd Street
> New York, New York 10019
> (212) 878-8000
> *Counsel to the UK Limited Liability Partnership*
> *Mayer Brown International LLP*
>
> Greg Danilow
> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153-0119
> (212) 310-8000
> *Counsel to Defendants Thomas H. Lee Partners L.P.,*
> *Thomas H. Lee Advisors LLC, THL Managers V, LLC,*
> *THL Equity Advisors V., L.P., Thomas H. Lee Equity*

*Fund V, L.P., Thomas H. Lee Parallel Fund V., L.P., Thomas H. Lee Equity (Cayman) Fund V., L.P., Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkins, Scott A. Schoen, and Scott L. Jaeckel*

Richard A. Rosen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
*Counsel to Defendants Thomas H. Lee Partners L.P., Thomas H. Lee Advisors LLC, THL Managers V, LLC, THL Equity Advisors V., L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V., L.P., Thomas H. Lee Equity (Cayman) Fund V., L.P., Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkins, Scott A. Schoen, and Scott L. Jaeckel*

James P. Cusick
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001
(212) 506-5000
*Counsel to Defendants PricewaterhouseCoopers LLP And Mari Ferris*

James J. Capra
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
*Counsel to Defendants PricewaterhouseCoopers LLP and Mari Ferris*

Nicolle L. Jacoby
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3500
*Counsel to Defendant BAWAG*

4

Jonathan P. Bach.
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6000
*Counsel to Defendant Joseph Collins*

Charles E. Clayman
Clayman & Rosenberg
305 Madison Avenue, Suite 1301
New York, New York 10165
(212) 922-1080
*Counsel to Defendant Paul Koury*

Jeffrey T. Golenbock
Golenbock Eiseman Assor Bell &
Peskie LLP
437 Madison Avenue
New York, New York 10022-7302
(212) 907-7300
*Counsel to Defendants Phillip R. Bennett
and Refco Group Holdings Inc.*

Judith L. Mogul
Morvillo, Abramowitz, Grand, Iason,
Anello, & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017
(212) 856-9600
*Counsel to Defendant Robert C. Trosten*

Laura Neish
Zuckerman Spaeder LLP
1540 Broadway, Suite 1604
New York, New York 10036
(212) 704-9600
*Counsel to Defendant Tone Grant*

Scott E. Hershman
White & Case LLP
1155 Avenue of the Americas
New York , NY 10036
(212) 819-8200
*Counsel to Defendant Santo C. Maggio*

Helen B. Kim
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, California 90067-3012
(310) 788-4400
*Counsel to Defendant Dennis Klejna*

John D. Tortorella.
Marino Tortorella & Boyle PC
437 Southern Boulevard
Chatham, New Jersey 07928
(973) 824-9300
*Counsel to Defendants Liberty Corner*
*Capital Strategies, LLC and William T. Pigott*

Veronica E. Rendon
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022-4690
(212) 715-1000
*Counsel to Defendants Eric M. Flanagan,*
*EMF Financial Products, LLC*
*and Delta Flyer Fund, LLC*

Robert F. Wise, Jr.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York  10017
(212) 450-4000
*Counsel to Defendants Ingram Micro Inc.*
*and CIM Ventures, Inc.*

Beckenham Trading Co. Inc.
c/o Andrew Krieger
Agile Financial Technologies
Business Central Towers
808-A, Dubai Internet City Dubai, UAE
971-4-433-1825

Andrew Krieger
Agile Financial Technologies
Business Central Towers
808-A, Dubai Internet City Dubai, UAE
971-4-433-1825

6

David J. Kerstein
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000
*Counsel to Defendants Mark Kavanagh and Brian Owens*

Christopher Sugrue
Av. Amilar Cabral No 110-2
Ed. Sonangol Distribuidora
Luanda
Angola
Telephone number unknown

Thomas Hackl
Acies Asset Management S.A.
Fraumunsterstrasse 11
8001 Zurich Switzerland
044-868-41-11

Donald A. Corbett
Dickstein Shapiro LLP
1633 Broadway
New York, NY 10019-6708
(212) 277-6500
*Counsel for Defendant Robert Aaron*

B. John Pendleton, Jr.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-2052
*Counsel for Defendants Bank of New York Mellon Corp.,
Derivative Portfolio Management, Ltd., Derivative
Portfolio Management, LLC, DPM-Mellon, Ltd.,
DPM-Mellon, LLC and Guy Castranova*

John F. Cambria
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
*Counsel for Defendant Richard Butt*

7

David J. Molton
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
(212) 209-4800
*Counsel for Plaintiffs Kenneth M. Krys, et al.*

Dated: New York, New York
April 28, 2010

**BROWN RUDNICK LLP**

By: _____
David J. Molton
Andrew Dash
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
adash@brownrudnick.com

- and -

**BEUS GILBERT PLLC**
4800 North Scottsdale Road
Suite 6000
Scottsdale, AZ 85251
Telephone: (480) 429-3000
Facsimile: (480) 429-3100

Co-Counsel for Plaintiffs